**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| | | |
|---|---|---|
| IN THE INTEREST OF: P.K.R.C., A MINOR | : | No. 272 EAL 2022 |
| | : | |
| | : | |
| PETITION OF: K.H., MOTHER | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| | | |
| IN THE INTEREST OF: K.M.C., A MINOR | : | No. 273 EAL 2022 |
| | : | |
| | : | |
| PETITION OF: K.H., MOTHER | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |

## ORDER

**PER CURIAM**

    **AND NOW**, this 6th day of December, 2022, the Petition for Allowance of Appeal is **DENIED**.